USDC SCAN INDEX SHEET











USA

MUNOZ-PATINO

JRB
3:89-CR-00014
*242*
*CRPRB.*

# United States District Court
## for
## The Southern District of California

U.S.A. vs. __RAPHYAL CRAWFORD (E))__   Docket No. __89-0014-02-N__
AKA: Raphyal Abdullah
Attorney of Record: __John Crawford, Jr. (retained), (619) 233-7012__

### Petition on Supervised Release

COMES NOW __MARTHA J. CROCKETT__, CHIEF PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of __Raphyal Crawford__, who was placed on supervision by the Honorable __Leland C. Nielsen__, sitting in the court at __San Diego, CA__, on the __5th__ day of __September__ 19__89__, who fixed the period of supervision at __five years__, and imposed the general terms and conditions theretofore adopted by the court and also imposed special conditions and terms as follows:

Not possess firearms or other dangerous weapons; provide complete disclosure of personal and business financial records as requested by the probation officer; seek and maintain full-time employment, full-time schooling, or a full-time combination of both; and submit to reasonable search and seizure.

**Supervision commenced on:** 9/4/96.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:**

1. On or about October 12, 1996, Raphyal Crawford committed the offense of assault with a deadly weapon (rock) as evidenced by San Diego Police Department arrest report No. 96-070632.

2. On or about October 12, 1996, Raphyal Crawford committed the offense of attempted robbery, as evidenced by San Diego Police Department arrest report No. 96-070632.

**PRAYING THAT THE COURT WILL ORDER A BENCH WARRANT BE ISSUED AND THE OFFENDER HELD IN CUSTODY WITHOUT BAIL.**

| ORDER OF COURT | Respectfully, |
|---|---|
| Considered and ordered this __18__ day of __Nov__, 19__96__ and ordered filed and made a part of the records in the above case. | Mark R. Reinhardt (X6661) U.S. Probation Officer |
| Leland C. Nielsen Senior U.S. District Judge | Place __San Diego, CA__  Date __November 14, 1996__ |

mp

AO 442

# United States District Court
SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA
V.
Raphyal Crawford

**WARRANT FOR ARREST**

CASE NUMBER: 89-14-N

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____Raphyal Crawford_____
Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment  ☐ Information  ☐ Complaint  ☐ Order of Court  ☐ Violation Notice  ☒ Probation Violation Petition
☐ Pretrial Violation

charging him or her with (brief description of offense)

In violation of Title _____See Above_____ United States Code, Section(s) _____

| Roberta Westdal | Clerk of the Court |
|---|---|
| Name of Issuing Officer | Title of Issuing Officer |
| Joani Bishop | 11/19/96 in San Diego |
| Signature of Deputy | Date and Location |

Bail fixed at $ _____No Bail_____ by _____The Honorable Leland C. Nielsen_____
Name of Judicial Officer

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at _____

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

PLEASE RECEIPT AND RETURN